Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Lance L. Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Todd Anten (*pro hac vice forthcoming*)
toddanten@quinnemanuel.com
Michael Nosanchuk (*pro hac vice forthcoming*)
michaelnosanchuk@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC. and SKILLZ PLATFORM INC., <br><br> Plaintiffs, <br><br> v. <br><br> AVIAGAMES INC. <br><br> Defendant. | CASE NO. _____ <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs Big Run Studios Inc. ("Big Run") and Skillz Platform Inc. ("Skillz") hereby assert the following claims for copyright infringement against Defendant AviaGames Inc. ("AviaGames"), and allege as follows:

### NATURE OF THE DISPUTE

1.      In some contexts, imitation is said to be the sincerest form of flattery.  But when it involves the wholesale copying of a competitor's valuable intellectual property, it is more accurately described as theft.  And that describes what Defendant AviaGames has done here: AviaGames has willfully taken and infringed Plaintiffs Big Run's and Skillz's copyrights in some of the most valuable original and creative works ever created for the mobile video game industry.

2.      Skillz created a mobile eSports platform (the "Skillz Platform") that has revolutionized the mobile gaming industry.  The Skillz Platform connects millions of players across the world in fair, fun, and meaningful competition, and has helped thousands of independent developers build successful franchises by integrating mobile eSports functionality and social competition into their games.  Big Run is one of Skillz's mobile game development partners and the creator of *Blackout Bingo*, one of the Skillz Platform's most popular games.

3.      Defendant AviaGames slavishly copied original and distinctive elements of Big Run's *Blackout Bingo* game to build an infringing copycat mobile game called *Bingo Clash* (the "Infringing Game").  When viewed side-by-side, the conclusion that the Infringing Game is an obvious knockoff of *Blackout Bingo*, down to the smallest detail, is inescapable:

| **Big Run's** <br> ***Blackout Bingo*** | **Defendant AviaGames's** <br> **Infringing Game** |
|:---:|:---:|
|  |  |

Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

4.    AviaGames's copying goes far beyond the fact that both involve the game Bingo; AviaGames copied Big Run's particular creative expressions in *Blackout Bingo*, including arbitrary elements for which there can be no explanation other than stealing.  The look and feel of the two games—especially when played—are so similar, and AviaGames's copying is so egregious, that when players of the Infringing Game are dissatisfied, they have mistakenly submitted their complaints to Skillz rather than to AviaGames.

5.    AviaGames's acts of copyright infringement are not limited to its unauthorized copying of Big Run's *Blackout Bingo* game itself.  AviaGames also has shamelessly copied original and creative elements of vast swaths of Skillz's intellectual property portfolio, including: (a) the Skillz Platform's original layout, architecture, sequence, and structure, (b) Skillz's design, color, graphics, and layout of individual screens, (c) whole paragraphs of original text from certain Skillz pages, and (d) advertisements that Skillz developed to promote its eSports platform.

6.    The defining feature of the Skillz Platform is that players may engage in head-to-head competition on their favorite games.  To do so, Skillz created a proprietary Software Development Kit ("SDK"), which includes patented technology that ensures players in head-to-head competition are playing under identical—yet random—conditions.  This feature is critical to the fairness of every game played on the Skillz Platform.  Games that are developed using Skillz's SDK can be played only on the Skillz platform, which is what enables the games to function as competitive eSports, where players can earn prizes with real world value as a reward for their skills.

7.    It is no accident that AviaGames's products bear such striking similarity to the Skillz Platform.  In 2016, AviaGames met with Skillz and said it was interested in building a game for the Skillz Platform.  AviaGames signed up to be a Skillz customer and began receiving additional tools, creative support, market data, marketing assets, and technical know-how far beyond what Skillz offers free of charge through its Developer Portal.  Through this supposed "collaboration," AviaGames gained intimate knowledge of the Skillz Platform.  With this access in hand, AviaGames took Skillz's intellectual property to build a copycat eSports platform it called "Pocket7Games" (the "Infringing Platform") and used it to launch knockoff mobile versions

COMPLAINT FOR COPYRIGHT INFRINGEMENT

of Skillz's top games.  AviaGames was so unapologetic that it began promoting its copycat Pocket7Games app using marketing assets that Skillz provided to AviaGames when AviaGames asked for help promoting the only game it did create for the Skillz Platform.  That game— AviaGames's only *lawful* use of Skillz's intellectual property—was a flop.  But it served as the Trojan horse that AviaGames needed to discover the keys to Skillz's success.

8.    Through its Infringing Platform and its standalone games, AviaGames now competes directly with Skillz.  That is, AviaGames's infringement is calculated and willful.

9.    As just one example, on its Infringing Platform, AviaGames slavishly copied the design, structure, layout, description, and overall feel of the Skillz Platform's gaming "tiers," including the same banner ("THE MORE YOU PLAY, THE MORE YOU EARN!"), the same images and graphics, near-verbatim text, and identical "tiers" structures, right down to the arbitrary labels and amounts assigned to each "monthly qualification requirement," as the below excerpts illustrate:



Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

10.     From beginning to end, AviaGames's Infringing Platform mimics the entire look and feel of the Skillz Platform—including the order, arrangement, and architecture of screens and prompts, individually and collectively—such that an ordinary user's experience interacting with the Skillz Platform is virtually indistinguishable, both visually and palpably, from a user's experience interacting with the Infringing Platform.

11.     If there could be any doubt as to AviaGames's intent, in promoting its Infringing Platform, AviaGames even pirated Skillz's commercials and ran portions of them as promoting *AviaGames's* services (substituting images of its own games for those of Skillz's games):

| Screenshots of Skillz's Commercials | Screenshots of AviaGames's Advertisements |
| --- | --- |
| | |
| | |

12.     Skillz and Big Run both sent AviaGames cease-and-desist notices demanding that AviaGames cease its acts of infringement, but AviaGames's infringement continues unabated.

13.     Skillz and Big Run welcome fair competition.  Through this action, they do not seek to stop others from creating mobile game platforms, or to stop developers from creating their own original versions of classic games such as Bingo.  But Skillz and Big Run cannot—and will

-5-                          Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

not—tolerate AviaGames's blatant replication of the protected expression in their creative works. There is no excuse.  Due to AviaGames's willful infringement and refusal to cease and desist, Skillz and Big Run have no choice but to file this lawsuit and seek injunctive relief, damages, and other relief for AviaGames's infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*

**THE PARTIES**

14.     Plaintiff Big Run Studios Inc. ("Big Run") is a Delaware corporation with its principal place of business at 1999 Harrison Street, 18th Floor PMB 213, Oakland, CA 94612. Big Run is a fast-growing mobile games developer and publisher, whose mission is to develop cutting-edge mobile games for traditionally underserved audiences, which drives each design, brand, and line of code.

15.     Plaintiff Skillz Platform Inc. ("Skillz") is a Delaware corporation with its principal place of business at 321 NW Glisan Street, Suite 510, Portland, Oregon 97209.  Skillz Platform Inc. previously operated as Skillz Inc., and owns the copyrights referenced in this action, including any copyrights previously held by the entity previously known as Skillz Inc.[1]  Skillz's innovative technology has enabled thousands of independent mobile game developers to create thriving businesses developing skill-based games that provide millions of gamers with access to fair, fun, and meaningful competition.  Because of Skillz, gamers can now compete and profit from their skill and dedication.

16.     On information and belief, Defendant AviaGames Inc. ("AviaGames") is a Delaware corporation with a principal place of business at 2586 Wyandotte Street, Unit 2B, Mountain View, California 94043.  On information and belief, AviaGames is the designer, developer and distributor of the Infringing Game, the Infringing Platform, and all other infringements of copyrights referenced in this Complaint.

---

[1]   The entity currently known as Skillz Inc. is a holding company, of which Skillz Platform Inc. is a wholly owned subsidiary.

-6-                           Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**JURISDICTION AND VENUE**

17.    This civil action asserts claims arising under the Copyright Laws of the United States, 17 U.S.C. § 101 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

18.    This Court has personal jurisdiction over AviaGames because, on information and belief, it is a resident of this District with its principal place of business located within this District.  In addition, on information and belief, AviaGames has a registered agent that resides in this District.

19.    This Court also has personal jurisdiction over AviaGames because, on information and belief, it does continuous and systematic business in this District, including by providing infringing products and services to the residents of this District that it knew would be used within this District, and by soliciting business from the residents of this District.  For example, on information and belief, AviaGames has a regular and established place of business at its offices in this District, including its office in Mountain View, and directly and through agents regularly does, solicits and transacts business in the Northern District of California and elsewhere in the State of California, including through its website at www.pocket7games.com and its Pocket7Games applications, all of which are marketed, offered, and distributed to and utilized by users of mobile devices in this District and throughout the State of California.

20.    This Court also has personal jurisdiction over AviaGames because, on information and belief, it directly and/or indirectly markets, offers, and distributes applications (or "apps") and services, including Pocket7Games apps, throughout the United States and including in this District.  In addition, on information and belief, AviaGames directly and/or indirectly develops, designs, manufactures, distributes, markets, offers to sell and/or sells infringing products and services in the United States, including in this District, and otherwise purposefully directs infringing activities to this District in connection with the Pocket7Games apps.

21.    Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(a) because, on information and belief: (a) AviaGames resides or may be found in this District; and (b) a substantial part of the events or omissions giving rise to the claims occurred in this District.

-7-                          Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**INTRADISTRICT ASSIGNMENT**

22.     This is an action for Intellectual Property Rights, which is an excepted category under Civil Local Rule 3-2(c).  Consequently, this action is assigned on a District-wide basis.

**GENERAL ALLEGATIONS**

**Skillz Is The Leader Of A Thriving New Gaming Industry**

23.     Skillz was founded in October 2012 in Boston, Massachusetts.

24.     At that time, despite the popularity of video games in modern society, video gamers had few if any options to compete and profit from their skill and dedication in the same way that athletes in many physical sports could.  Although athletes in physical sports were earning millions of dollars through competition—not to mention recognition, respect, endorsements, and countless other opportunities—the technology to afford video gamers similar opportunities had not yet been developed.  To change that, Andrew Paradise and Casey Chafkin founded Skillz.

25.     Skillz is the maker of a mobile eSports platform: the Skillz Platform.  Rather than hoard its technology, Skillz opened its platform to third-party game developers to maximize the impact and reach of its innovation.  As a result, game developers have been able to create successful franchises that monetize user engagement primarily through prizes and competition rather than in-game ads and purchases.  This dynamic, in which the interests of gamers and developers are aligned, generates significantly stronger monetization for developers and, at the same time, allows Skillz to offer over *$100 million* in prizes each month.

26.     To enable game developers to make their games available on the Skillz Platform, Skillz developed a Software Development Kit ("SDK") that allows developers to integrate eSports functionality into new or existing mobile games.  Using Skillz's SDK, which Skillz makes available through its online Developer Portal, game developers can build social competition into their new or existing games and turn them into fun, fair, and competitive—not to mention lucrative—experiences.

27.     Competitive gaming has proven to improve player retention, enhance gameplay, boost app store reviews, increase player engagement, and lengthen gameplay sessions—all of which helps game developers better monetize their creations.  Thus, integrating Skillz's

-8-                    Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

framework and technology has proven extremely valuable to game developers, in addition to the users who stand to win.

28.     Fueled in part by Skillz's innovative technology and collaborative business model, the eSports industry exploded, and Skillz became one of the fastest growing companies in the United States.

29.     Although Skillz did not coin the term "eSports" or invent the concept of mobile gaming or competitive video games, Skillz's technology and drive has had an enormous impact on these industries and has helped launch eSports into the mainstream.  Though Skillz's impact cannot be quantified in numbers alone, the numbers themselves are staggering.

30.     The first Skillz-powered gaming app went live in April 2013.  By July 2014, Skillz had paid out over $1 million in cumulative prize money.  By June 2015, that number had increased to $10 million.  In December 2015, it reached $20 million.

31.     In January 2016, Skillz launched cross-platform multiplayer technology allowing Android and iOS (Apple) users to play against one another in the same competitive video game tournaments.  That year, Skillz accounted for 46% of *all* eSports prizes awarded.

32.     In May 2017, Skillz became the first eSports company to appear on CNBC's "Disruptor 50" list after it doubled its revenue run-rate to over $100 million in eight months.

33.     In August 2017, Skillz was named the fastest growing private company in America by *Inc.* magazine, with three-year revenue growth of over 50,000%.

34.     By October 2017, just four years after its founding, Skillz had signed up over 6,000 independent developers to create games and eSports for the Skillz Platform.

35.     In November 2017, Skillz launched multi-app chat technology, allowing more than 2,500 apps on the Skillz Platform to connect 12 million users through chat.

36.     In December 2020, Skillz became the first publicly-traded mobile eSports platform, with Skillz Inc. trading on the New York Stock Exchange under the ticker symbol "SKLZ."

37.     Today, the Skillz Platform has over 40 million registered users and hosts an average of over 5 million daily tournaments, including 1.5 million paid entry daily tournaments offering over *$100 million* in prizes each month.

38.    Skillz has found success with a wide variety of gamers.  For example, more than half of Skillz's 40 million players are women.  In 2018, the top ten gamers on the Skillz Platform received $8 million in prize money; seven of those competitors were women, including a user named Kmamba1090, who earned $1,418,508 in prize money that year, and a user named jpark87, an engineering student whose $627,191 in prize money helped her pay for college.

39.    Skillz's meteoric rise has fueled the growth of an industry whose market size already eclipses music, movies, and television.

**Skillz's Copyrighted Works**

40.    The Skillz Platform, developed by Skillz engineers, reflects an extensive collection of creative expressions, including, among other things, the sequence, structure, organization, and flow of screens and prompts that make up the user interface and shape one's overall experience of the platform, as well as the unique textual and visual expressions embodied in each individual screen display.

41.    Skillz owns copyrights in the Skillz Platform—including the screen displays and textual and visual expressions embodied in those displays—which are duly recorded and registered with the United States Copyright Office, as reflected by the following registrations: Reg. No. TX 8-928-328; Reg. No. TX 8-935-155; Reg. No. TX 8-935-162; Reg. No. TX 8-935-166; Reg. No. TX 8-935-436; Reg. No. TX 8-935-442; Reg. No. TX 8-936-360; Reg. No. TX 8-936-365; Reg. No. TX 8-936-372; Reg. No. TX 8-936-685; Reg. No. TX 8-936-917; Reg. No. TX 8-940-428; Reg. No. TX 8-940-495; Reg. No. TX 8-940-855; Reg. No. TX 8-940-882; Reg. No. TX 8-941-331; Reg. No. TX 8-948-308; and Reg. No. TX 8-953-926 (collectively, the "Skillz Platform Works").

42.    Skillz also created and published two commercials to promote the Skillz Platform and its services, which are duly recorded and registered with the United States Copyright Office, as reflected by the following registrations:  Reg. No. PA 2-282-025 and Reg. No. PA 2-282-027 (collectively, the "Skillz Commercial Works," and collectively with the Skillz Platform Works, the "Skillz Works").

-10-                        Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

43.    The Skillz Works are original, creative works and constitute copyrightable subject matter under the laws of the United States.  Skillz has complied in all respects with the Copyright Laws of the United States, and the Register of Copyrights has issued Certificates of Registration for each of the Skillz Works.

44.    The Skillz Platform is made up of a series of consecutive screens with a sequence, structure, organization, and flow—both individually and collectively—that reflect Skillz's original and creative decisions in how to compose its platform and shape its users' experiences.

45.    Upon logging in, a user is brought to her "User Profile" screen, which includes: (a) the user's photo or avatar at the upper left corner, and (b) the username and country flag directly to the right.

46.    From the User Profile screen, the user may visit the "Leagues" screen, from which the user may toggle between two tabs: (a) "pro" (*i.e.*, real money leaderboard), and (b) "practice" (*i.e.*, virtual currency leaderboard).

47.    The screen then shows a chart presenting: (a) "PRIZES GUARANTEED," followed by a money amount, and (b) "LEAGUE ENDS," followed by the amount of time in which that particular league would end.

48.    Below that, the screen presents a list of users, with the following information for each: (1) rank (with first, second and third identified by a gold, silver and bronze medal icon), (2) icon, username and country flag, (3) the total number of medals awarded (accompanied by an icon of a medal), and (4) the prize won.  *See Figure 1*.

49.    Skillz's "Store" button at the bottom of the screen (depicted as an icon of a grocery cart) allows players to deposit money into their Skillz accounts.  The top of the screen displays how much "PLAYERS HAVE WON," followed by a "limited time offer" of bonus cash, followed by the ability to choose one of four deposit amounts.  *See Figure 2*.

-11-                                Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT



50.    Players may compete to win either real money or virtual currency, known as "Ticketz" on the Skillz Platform.  Players may redeem Ticketz for various prizes, including bonus cash.  In addition, by playing on the Skillz Platform, a user may advance through "tiers" that apply various levels of "multipliers" to the number of Ticketz a user may earn.  The Ticketz Store screen presents: (1) "My Ticketz," reflecting how many Ticketz the user has, (2) "My Tier," which indicates the user's current tier and how many Ticketz she needs to reach the next tier, and (3) the header "PRIZES" framed by two stars, and images of stacks of money, accompanied by the number of Ticketz required to redeem the prize and the button "REDEEM."  *See Figure 3*.

51.    Clicking the 🛈 icon next to "My Ticketz" brings the user to a screen explaining what Ticketz are, under the banner "THE MORE YOU PLAY, THE MORE YOU EARN!"  Clicking the 🛈 icon next to "My Tier" presents the various Skillz tiers and requirements. *See Figure 4.*

-12-                    Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

| *Figure 3:* Skillz Ticketz | *Figure 4:* "My Ticketz" and "My Tier" |
|---|---|
|  | |

52. When a player is ready to play a game (such as *Blackout Bingo*), she is directed to the app for that game and, after signing in, selects a tournament to compete head-to-head against a randomly selected opponent of a similar level. To do so, Skillz uses its proprietary algorithms to match players based on ability level and game history to make sure that every tournament is fair. In addition, Skillz technology and teams ensure that each tournament provides the same circumstances to each player. For example, in a *Blackout Bingo* tournament, the two players will compete using the same card, and the same numbers will be "called" in the same order. Thus, the number of points a player scores will be a function of skill rather than chance. After a game is over, the player is brought to the "Results" screen, where the winner is awarded either money or Ticketz (depending on the tournament selected), and has the option to watch a replay of the game or share the result with friends. In addition, the player may then play a new game against another randomly selected opponent, visit Skillz's Store to make a purchase or redeem Ticketz, or exit.

53. To assist its users, Skillz also has a Frequently Asked Questions (or "FAQ") page, which answers common questions posed by players, such as the one below:

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Why it's legal?**

Skillz cash tournaments are not gambling because all of our competitions are based on ability, rather than luck or chance. True to its name, Skillz hosts games where players' skill determines the winner of each tournament. Skillz does not profit on the outcome of a tournament, and has no vested interest in who wins or loses.

Games of skill have long offered participants a chance to compete based on one's ability. Cash competitions have a well-established legal, social, and commercial precedent that span everything from classic board games to major sports tournaments.

The Skillz platform advances this trend by providing skill-based gameplay on mobile devices, letting gamers win real money. Skillz uses sophisticated algorithms to determine that the winners of Skillz games are determined by ability, not by chance.

54.     To market its eSports platform, Skillz has commissioned and created advertisements to promote the Skillz Platform.  For example, Skillz commissioned the creation of the Skillz Commercial Works—*i.e.*, the "Tara" Commercial and the "Amanda" Commercial—to convey to users how much fun it is to play games on the Skillz Platform.  Screenshots from the Skillz Commercial Works are below:



| "Tara" Commercial | "Amanda" Commercial |

**Big Run Launches *Blackout Bingo* On The Skillz Platform**

55.     Skillz is not alone in its success, nor did it set out to be.  Skillz's mission today is the same as it has been from the start: to enable independent mobile game developers to create thriving businesses while providing gamers everywhere with access to fair, fun, and meaningful competition.  By sharing its technology with game developers in this collaborative manner, Skillz

-14-                    Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

has created opportunities for thousands of independent start-ups.  Skillz's technology provides the tools necessary for mom-and-pop development studios to compete with the largest and most sophisticated mobile game developers in the world.

56.    One particular success story is Big Run and its game, *Blackout Bingo*.  In October 2019, Big Run launched a mobile game (then named *Bingo Blitz*) that offers a head-to-head competitive version of Bingo.[2]  The underlying rules to a "Blackout Bingo" game are similar to standard Bingo, except that the goal is to mark (or "daub") as many squares on a Bingo card as possible.  Rather than having the game end when a player daubs five squares in a line, *Blackout Bingo* allows players to multiply their points by claiming multiple Bingos at once.[3]

57.    *Blackout Bingo* is one of the most popular games on the Skillz Platform.

58.    Big Run owns copyrights in its *Blackout Bingo* game—including the screen displays and textual and visual expressions embodied in those displays—which are duly recorded and registered with the United States Copyright Office, as reflected by the following registrations: Reg. No. TX 8-970-737; Reg. No. TX 8-970-901; Reg. No. TX 8-970-904; Reg. No. TX 8-971-644; and Reg. No. TX 8-971-746 (collectively, the "Big Run Works").

59.    The Big Run Works are original, creative works that contain copyrightable subject matter under the laws of the United States.  Big Run has complied in all respects with the Copyright Laws of the United States, and the Register of Copyrights has issued Certificates of Registration for each of the Big Run Works.

---

[2]  Big Run changed the name of the game to *Blackout Bingo* in September 2020.  For simplicity, Plaintiffs use the name *Blackout Bingo* herein to refer to all versions of the game.

[3]  The traditional rules of Bingo are well known:  On a card is a five-by-five square grid, with each column headed by the letters "B" "I" "N" "G" and "O."  Each square (except the center square, which is usually a "free" space) has a number:  The "B" column is restricted to numbers between 1 and 15; the "I" column is restricted to 16 through 30; the "N" column is restricted to 31 through 45; the "G" column is restricted to 46 through 60; and the "O" column is restricted to 61 through 75.  The numbers in each column, subject to these restrictions, are randomly generated and randomly placed on the card.  Corresponding balls bearing numbers 1 through 75 are put in a Bingo "cage."  A "caller" draws a ball at random, announces the column/number (such as "*G 53*"), and if the number is on the player's card, the player "daubs" the square.  The first player to daub five squares in a single line (vertically, horizontally or diagonally) and shout "Bingo" wins.

-15-                    Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

60.    *Blackout Bingo*, developed by Big Run software engineers, reflects an extensive collection of creative expression, including but not limited to: (a) the visual presentation of the game (including the design, color, and layout of in-game symbols, text, and graphics), (b) the structure of the game, including its creative point-scoring system and selection and integration of "boosts," (c) the use of creative audio and animation (including the sounds, animations, and graphics that are generated by specific in-game events), and (d) the specific way in which time elements are used and time is tracked throughout the game.  As new numbers are "called," the ball bearing the column and number appears at the upper right and the previously "called" balls (up to a maximum of four) slide left.  Tapping on one of these previously "called" balls displays a grid that shows all of the balls that have been "called" so far during that particular game.  A white animated ring rotates from the bottom of the "called" ball, counterclockwise, to indicate how much time remains before the next ball will be "called."  Examples of *Blackout Bingo* screens are below:

61.    As with other eSports games that run on the Skillz Platform, *Blackout Bingo* players play against each other in head-to-head tournaments and earn points based on skill.  For

-16-                    Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

example, a player earns points depending on how quickly she daubs a box correctly, whether she makes errors (by daubing an incorrect box or missing a box completely), and how she strategically employs bonuses.[4]  Implementing a successful strategy requires a combination of mental and physical quickness that can be developed into a concrete set of skills and performed at the highest level.  The most skilled players of *Blackout Bingo*—or any game on the Skillz Platform—are capable of performing moves that leave casual players speechless (hence the instant replays).

**AviaGames Gains Access To Skillz Content Under The Guise Of Developing A New Game**

62.     The Skillz SDK enables developers to achieve the transformation from game to eSports in as little as a single day of development work.  This technology set is delivered to Skillz's game development community via Skillz's online Developer Portal.

63.     The ability to transform regular video games into competitive eSports has proven extremely valuable to independent game developers, allowing them to turn many of their games into revenue sources that reward both developers and users alike.

64.     In particular, Skillz's Tournament Management System ("TMS") drives revenue for game developers by enabling cash tournaments, increasing traffic, advertising revenue, and in-app purchases through virtual currency tournaments.  The Skillz TMS also improves game retention.  Competition makes games more social as players compete against each other in tournaments.  Scores become more meaningful as players get rewarded for their skill, which translates into more downloads, a higher number of daily active users, and longer gameplay sessions.  Many of the game developers and games that use Skillz's innovative platform have become wildly successful as a result of Skillz's technology.

---

[4]  Quicker "daubs" yield in-game bonuses, including "freebees" that players can place anywhere they like.  The placement of a freebee involves significant strategy:  because the same maximum number of Bingos exists for both players, using a freebee on a square whose number will eventually be "called" means that particular freebee was wasted; if the other player places that freebee on a square whose number *is not* later "called," that player may have the opportunity to claim an additional Bingo and, therefore, earn more points.  Since players are shown the same numbers in the same order and have the same number of opportunities for freebees and Bingos, the winning strategy often involves saving as many freebees as possible for the final seconds of the game on the numbers that have not been called.

-17-                    Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

65.    Although any game developer can make use of Skillz's SDK by going to www.Skillz.com, creating an account on the Skillz Developer Portal, and agreeing to Skillz's Online Developer Terms and Conditions of Service, developers who want additional assistance from Skillz can sign up to become a Skillz customer.

66.    In 2016, AviaGames began inquiring about the Skillz Platform.  AviaGames then became a Skillz customer in 2016 so that it could benefit from Skillz's specialized knowledge and expertise.

67.    Shortly thereafter, AviaGames launched its first and only game on the Skillz Platform.  The game, called *Number Drop*, was not popular with users.

68.    AviaGames subsequently began building its own platform that copies the creative and original elements of the Skillz Platform.  AviaGames refers to its platform, the Infringing Platform, as Pocket7Games.  The Infringing Platform now includes, among other things, a blatant knockoff of *Blackout Bingo* that AviaGames calls *Bingo Clash*.

**AviaGames's Infringement Of Big Run's And Skillz's Copyrights**

69.    AviaGames has willfully copied the original, creative and protectable expressions embodied in Big Run's *Blackout Bingo* game and in the Skillz Works.

70.    On information and belief, in or around August 2020, AviaGames launched a game on its Infringing Platform called *Bingo Clash*.  AviaGames's Infringing Game is virtually identical in appearance and functionality to *Blackout Bingo*, as illustrated by the comparisons below:

| **Big Run's** *Blackout Bingo* | **AviaGames's Infringing Game** | **Big Run's** *Blackout Bingo* | **AviaGames's Infringing Game** |
|---|---|---|---|





COMPLAINT FOR COPYRIGHT INFRINGEMENT

71.     The overall look and feel of the creative, protectable elements of *Blackout Bingo* are strikingly similar to those of the Infringing Game.  The Infringing Game copies original and creative protectable expressions in *Blackout Bingo*, including but not limited to: (a) the visual presentation of the game, including but not limited to the design, color palette, layout, and orientation of the Bingo board itself, as well as the design, color palette, and arrangement of in-game elements such as banners, text, symbols, and graphics, (b) the unique structure of the game, including but not limited to its creative selection of points, bonuses, power-ups, and boosts, (c) the visual representation, animation, and layout of points and bonuses, including but not limited to the specific way in which points and bonuses are tallied, and where and how those tallies appear on the screen, (d) the use of creative audio and animation, including the sounds, animations, and graphics that are generated by specific in-game events (*e.g.*, the way in which "PERFECT DAUB" appears on the screen after a player quickly daubs the correct number, or the way in which "TRIPLE BINGO" appears when three Bingos are claimed at once, and the way in which the game automatically stops and imposes a full-screen overlay when a player activates a power-up or boost), (e) the way in which tapping on a previously "called" ball displays a grid showing all of the balls that have been "called" thus far during that particular game (and the near-identical visual representation of that grid), and (f) the specific way in which elements of time are used, animated, and tracked throughout the game.[5]

72.     AviaGames's slavish copying is made all the more apparent when one considers the near-infinite number of ways in which a competitive mobile game of Bingo—setting aside any changes to the rules or structure of the game—can be expressed.

73.     On information and belief, in or about August 2020, AviaGames released a standalone version of *Bingo Clash* that makes it even easier for mobile gamers to access AviaGames's copycat version of *Blackout Bingo*.  Like *Blackout Bingo*, the standalone *Bingo Clash* can be downloaded as a free-standing app from the app store, which means users are no

---

[5]   For example, as new numbers are "called," the ball bearing the column and number appears at the upper right of the screen, and previously "called" balls (up to a maximum of four) slide left when the next ball is "called."  A white animated ring rotates from the bottom of the "called" ball, counterclockwise, to indicate how much time remains before the next ball will be "called."

-19-                    Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

longer required to log in through the Infringing Platform.  The ability to download Skillz games as standalone apps (and the ability of Skillz's developers to market them as such) was one of the only Skillz features that AviaGames did *not* copy—until now.

74.    On information and belief, AviaGames intentionally and willfully copied Big Run's *Blackout Bingo* game and sold and distributed downloadable copies of the Infringing Game on the Apple App Store, to profit from the success and popularity of *Blackout Bingo*.

75.    In addition, AviaGames's Infringing Platform copies the original and creative protectable expressions in the Skillz Platform, including the sequence, structure and organization of its overall platform, as well as individual screen displays and the textual and visual expressions embodied in those displays.  As the examples below show, multiple screens of the Infringing Platform clearly mimic the creative and original elements of the Skillz Platform, exemplifying how, as a practical matter, the Infringing Platform is virtually indistinguishable from the Skillz Platform:

| *Skillz Platform* | *AviaGames's Infringing Platform* |
| --- | --- |
|  |  |

Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| Skillz Platform | AviaGames's Infringing Platform |
|---|---|
|  |  |
|  |  |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| Skillz Platform | AviaGames's Infringing Platform |
|---|---|
|  |  |

76.     Again, the overall look and feel between the Skillz Platform and the Infringing Platform is not merely substantially similar, but strikingly similar.  The above examples not only reflect AviaGames's infringement of the entire Skillz Platform, but independently constitute infringement of Skillz's separate copyright in each individual screen, including the organization and arrangement of elements, and the visual and textual elements.

77.     As yet another example, in both the Infringing Platform and the standalone version of the Infringing Game, AviaGames copied large sections of Skillz's FAQ (also part of the Skillz Platform), as exemplified by the section below—a near-*verbatim* replication of text:

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| Excerpt of Skillz's FAQ | Excerpt of AviaGames's FAQ |
|---|---|
| **Why it's legal?**<br><br>Skillz cash tournaments are not gambling because all of our competitions are based on ability, rather than luck or chance. True to its name, Skillz hosts games where players' skill determines the winner of each tournament. Skillz does not profit on the outcome of a tournament, and has no vested interest in who wins or loses.<br><br>Games of skill have long offered participants a chance to compete based on one's ability. Cash competitions have a well-established legal, social, and commercial precedent that span everything from classic board games to major sports tournaments.<br><br>The Skillz platform advances this trend by providing skill-based gameplay on mobile devices, letting gamers win real money. Skillz uses sophisticated algorithms to determine that the winners of Skillz games are determined by ability, not by chance. | **Are the cash games in Pocket7Games legal?**<br><br>Yes, cash games are legal. Cash games in Pocket7Games are not gambling because all of our competitions are based on the game skill, rather than luck or chance. Players' skill determines the winner of each game. Pocket7Games does not profit on the outcome of cash games and has no vested interest in who wins or loses.<br><br>Games of skill have long offered participants a chance to compete based on one's ability. Cash games have a well-established legal, social, and commercial precedent that spans everything from classic board games to major sports tournaments.<br><br>Pocket7Games provides a platform for gamers to win real money. We have sophisticated algorithms to ensure that winners are determined by the game skill, not by chance. |

78.     AviaGames even pirated Skillz's commercials and ran portions of them to promote *AviaGames's* services (substituting images of its own games for those of Skillz's games) as illustrated below:

| Screenshots of Skillz's Commercials | Screenshots of AviaGames's Advertisements |
|---|---|
|  |  |
|  |  |

Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

79.    In or around July 2019, Skillz first became aware of AviaGames's Infringing Platform.  On September 27, 2019, Skillz sent cease-and-desist correspondence to AviaGames alerting that the Infringing Platform infringes the Skillz Platform.  Skillz sent additional letters in 2019 and 2020, but AviaGames made, at most, only minor cosmetic modifications to the Infringing Platform that did not address the substance of Skillz's concerns.  AviaGames continues to infringe the Skillz Platform.

80.    In or around September 2020, Big Run first became aware of AviaGames's Infringing Game, sent a cease-and-desist letter to AviaGames on September 28, 2020, and sent additional correspondence in November 2020.  AviaGames made, at most, only minor cosmetic modifications to the Infringing Game that did not address the substance of Big Run's concerns. AviaGames continues to infringe *Blackout Bingo*.

81.    AviaGames having refused to meaningfully address its ongoing acts of copyright infringement, Skillz and Big Run have no practicable alternative but to file this lawsuit.

**COUNT I: COPYRIGHT INFRINGEMENT**

**(17 U.S.C. § 101 *et seq.*)**

82.    Plaintiffs incorporate and reallege Paragraphs 1 through 81 of this Complaint as if fully set forth herein.

83.    By its actions alleged above, Defendant has infringed and will continue to infringe Plaintiffs' copyrights in the Big Run Works and the Skillz Works including by, among other things, copying, publicly displaying, distributing, and creating derivative works of: (a) the Infringing Game, which is substantially similar to, derived from and a derivative of *Blackout Bingo*, without any authorization or other permission from Big Run, and (b) the Infringing Platform and Infringing Commercials, which are substantially similar to, derived from and a derivative of the Skillz Works, without any authorization or other permission from Skillz.

84.    As alleged herein, on information and belief, Defendant had access to the Big Run Works and the Skillz Works before Defendant commenced its acts of infringement.

85.    On information and belief, Defendant's infringement of Plaintiffs' copyrights has been deliberate, willful, and in utter disregard of Plaintiffs' rights.

Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

86.     Defendant will continue to realize unjust profits, gains, and advantages as a proximate result of its infringement as long as such infringement is permitted to continue. Moreover, to the extent the infringement may cease, Defendant still will continue to realize unjust profits, gains and advantages by having initially attracted and secured players through its acts of infringement.

87.     As a direct and proximate result of Defendant's willful copyright infringement, Plaintiffs have suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill.  Plaintiffs are entitled to recover from Defendant the damages they have sustained and will sustain, and any gains, profits, and advantages obtained by Defendant as a result of Defendant's acts of infringement and use, publication and distribution of the copied materials.  At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiffs but will be established according to proof at trial.

88.     Plaintiffs are also entitled to recover from Defendant statutory damages and attorneys' fees for Defendant's willful infringement of their copyrights.

89.     Plaintiffs are further entitled to an injunction restraining Defendant, its agents and employees, and all persons acting in concert or participation with it, from engaging in any further such acts in violation of the Copyright Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment against Defendant, granting the following relief:

A.     For a declaration that Defendant has infringed Big Run's copyrights in the Big Run Works;

B.     For a declaration that Defendant has infringed Skillz's copyrights in the Skillz Works;

C.     For a declaration of a substantial likelihood that Defendant will continue to infringe Plaintiffs' intellectual property unless enjoined from doing so;

D.     That, in accordance with 17 U.S.C. § 502, Defendant and all affiliates, employees, agents, officers, directors, successors, and assigns, and all persons, firms and

-25-                          Case No. _____

COMPLAINT FOR COPYRIGHT INFRINGEMENT

corporations acting on behalf of or in active concert or participation with any of them, be preliminarily and permanently enjoined from directly or indirectly infringing Big Run's copyrights in *Blackout Bingo* and Skillz's copyrights in the Skillz Works, including but not limited to continuing to publicly display, sell, distribute, offer, market, advertise, promote, or accept customers for the Infringing Game (or any game substantially similar to *Blackout Bingo*) or Infringing Platform (or any platform substantially similar to the Skillz Platform), and from participating or assisting in any such activity;

E.    For a declaration that Defendant must render a full and complete accounting to Plaintiffs for Defendant's profits, gains, advantages, or the value of business opportunities received from the foregoing acts of infringement;

F.    For an award of damages for all damages suffered by Plaintiffs and for any profits or gain by Defendant attributable to infringement of Plaintiffs' copyrights in amounts to be determined at trial;

G.    For a declaration that Defendant's infringement of Plaintiffs' copyrights was willful;

H.    For an award of statutory damages to Plaintiffs based upon Defendant's willful acts of infringement pursuant to the Copyright Laws, 17 U.S.C. § 101 *et seq.*;

I.    For an award to Plaintiffs of their reasonable attorneys' fees, expenses, and costs incurred in this action under 17 U.S.C. § 505;

J.    For an award of prejudgment and post-judgment interest; and

K.    For such other and further relief as the Court deems just and proper.

Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand trial by jury for all issues that are triable as a matter of right to a jury.

DATED:  June 16, 2021

QUINN EMANUEL URQUHART  & SULLIVAN, LLP

By:   /s/ Sean S. Pak
      Sean S. Pak (Bar No. 219032)
Robert M. Schwartz (Bar No. 117166)       seanpak@quinnemanuel.com
robertschwartz@quinnemanuel.com           50 California Street, 22nd Floor
Lance L. Yang (Bar No. 260705)            San Francisco, CA 94111
lanceyang@quinnemanuel.com                Telephone: (415) 875-6600
865 S. Figueroa Street, 10th Floor        Facsimile: (415) 875-6700
Los Angeles, CA 90017
Telephone: (213) 443-3000                 Todd Anten (*pro hac vice forthcoming*)
Facsimile: (213) 443-3100                 toddanten@quinnemanuel.com
                                          Michael Nosanchuk (*pro hac vice forthcoming*)
                                          michaelnosanchuk@quinnemanuel.com
                                          51 Madison Avenue, 22nd Floor
                                          New York, NY 10011
                                          Telephone:  (212) 849-7000
                                          Facsimile: (212) 849-7100

*Attorneys for Plaintiffs*

-27-                                      Case No. _____
COMPLAINT FOR COPYRIGHT INFRINGEMENT