UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVIAGAMES INC.,<br><br>Defendant. | Case No. 21-cv-04656-EJD (SVK)<br><br>**ORDER ON JOINT DISCOVERY LETTER BRIEF RE PROTECTIVE ORDER DISPUTE**<br><br>Re: Dkt. No. 42 |

The Court has reviewed the Parties' joint submission regarding a protective order dispute in this matter. Dkt. 42. For the same reasons identified by the presiding court in denying the motion to sever (Dkt. 44), most notably that the Plaintiffs' "infringement claims arise out of the same transaction or series of transactions," the Court rejects Defendant's request for additional categories of protected documents. Under the circumstances present in this case, it would be needlessly time and resource consuming to determine whether certain documents are relevant to only one of the Plaintiffs. Further, the categories of protected documents provided in the Court's model order allow for non-disclosure to party representatives where necessary. Accordingly, the Court will adopt Plaintiffs' proposed order, modified to reflect certain changes required by this Court, and enter it forthwith.

**SO ORDERED.**

Dated: January 19, 2022

SUSAN VAN KEULEN
United States Magistrate Judge