[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC. and SKILLZ PLATFORM INC., <br><br> Plaintiffs, <br><br> v. <br><br> AVIAGAMES INC., <br><br> Defendant. | Case No. 5:21-cv-04656-EJD <br> **ORDER GRANTING** <br> **STIPULATION REGARDING DEADLINE TO PRODUCE PRIVILEGE LOGS** |

WHEREAS, on November 30, 2021, Plaintiffs served their first sets of requests for the production of documents;

WHEREAS, on December 1, 2021, Defendant served its first sets of requests for the production of documents and first sets of interrogatories;

WHEREAS, by agreement of the parties, on January 18, 2022, the parties served their respective responses and objections to the first sets of requests for the production of documents and first sets of interrogatories;

WHEREAS, Paragraph 13 of the Civil and Discovery Referral Matters Standing Order of Magistrate Judge Susan van Keulen directs that the parties' privilege logs must be produced "no later than 14 days after the discovery responses are due, unless the parties stipulate or the Court orders otherwise"; and

WHEREAS, the parties' Joint Case Management Statement is currently due to be submitted to the Court by February 21, 2022 and the Initial Case Management Conference is set for March 3, 2022 [ECF 40];

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The deadline for production of privilege logs set forth in Paragraph 13 of the Civil and Discovery Referral Matters Standing Order of Magistrate Judge van Keulen shall not apply in this case.

2. The parties shall address the timing of production of privilege logs in this action in the Joint Case Management Statement due to be submitted to the Court by February 21, 2022.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 19, 2022

Dated: January 19, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

TYZ LAW GROUP PC

By: */s/ Todd Anten*
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Lance L. Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Todd Anten (*pro hac vice*)
toddanten@quinnemanuel.com
Cory D. Struble (*pro hac vice*)
corystruble@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiffs*

By: */s/ Chieh Tung*
Jennifer Kelly (Bar No. 193416)
jennifer@tyzlaw.com
Ryan Tyz (Bar No. 234895)
ryan@tyzlaw.com
Erin Jones (Bar No. 252947)
ejones@tyzlaw.com
Ciara McHale (Bar No. 293308)
ciara@tyzlaw.com
Sean Apple (Bar No. 305692)
sapple@tyzlaw.com
Chieh Tung (Bar No. 318963)
chieh@tyzlaw.com
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 20, 2022

*/s/ Susan van Keulen*
The Honorable Susan van Keulen
United States Magistrate Judge