UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVIAGAMES INC.,<br><br>　　　　Defendant. | Case No. 21-cv-04656-EJD   (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 55 |

The Court has reviewed the Parties' joint discovery submission pursuant to which Defendant seeks to compel production of financial documents from Plaintiffs Big Run Studios Inc. ("Big Run") and Skillz Platform Inc. ("Skillz"). Dkt. 55. The Court determines that this matter is suitable for resolution without oral argument. Civ. L.R. 7-1(b). Having reviewed the Parties' submission, relevant case law and Federal Rule of Civil Procedure 26, the Court **GRANTS in part and DENIES in part** Defendant's motion, as reflected in Exhibit A attached hereto. All remaining objections not addressed in Exhibit A are **OVERRULED**. Documents are to be produced on a rolling basis as soon as available and **production is to be completed no later than August 8, 2022**.

The Parties are reminded that submission of a discovery dispute to the Court for resolution comes at the end of the meet and confer process and only if parties have reached an impasse. From the Parties' joint submission it appears that this dispute would have benefitted from further efforts by the Parties following exchange of each sides' compromises. Finally, the Court does not address deficiencies in Defendant's production as alluded to by Plaintiffs. Such disputes, if any, may only be raised with the Court following the Parties' robust meet and confer efforts.

　　**SO ORDERED.**

Dated: July 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge