Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600

Robert M. Schwartz (SBN 117166)
robertschwartz@quinnemanuel.com
Lance L. Yang (SNB 260705)
lanceyang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Todd Anten (*pro hac vice*)
toddanten@quinnemanuel.com
Cory D. Struble (*pro hac vice*)
corystruble@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Attorneys for Plaintiffs Big Run Studios Inc. and Skillz Platform Inc.*

Wendy C. Wang (Bar No. 289325)
wwang@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300

Miguel J. Bombach (Bar No. 274287)
MBombach@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone: (858) 720-5700

Dakota Paul Kanetzy (*pro hac vice*)
dkanetzky@perkinscoie.com
**PERKINS COIE LLP**
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: (737) 256-6115

*Attorneys for Defendant AviaGames Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| BIG RUN STUDIOS INC. and SKILLZ PLATFORM INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AVIAGAMES, INC., <br><br> Defendant. | Case No. 21-cv-04656-EJD <br><br> **JOINT STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT** <br><br> Hon. Edward J. Davila |

**TO THE HONORABLE JUDGE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rules 7-12 and 10-1, plaintiffs Big Run Studios Inc. and Skillz Platform Inc. (collectively, "Plaintiffs") and defendant AviaGames Inc. ("AviaGames"), through their respective attorneys, hereby stipulate and declare as follows:

WHEREAS, on December 12, 2022, pursuant to the parties' stipulation, Plaintiffs filed a First Amended Complaint for Copyright Infringement pursuant to Fed. R. Civ. P. 15(a)(2) (ECF 89);

WHEREAS, on December 20, 2022, AviaGames filed an Answer to the First Amended Complaint (ECF 91);

WHEREAS, Plaintiffs consent to AviaGames's filing an Amended Answer to the First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), limited to: (a) the addition of further factual allegations to support one or more of its existing affirmative defenses; and (b) the voluntary removal of affirmative defenses;

WHEREAS, AviaGames agrees to file such an Amended Answer by no later than January 17, 2023; and

WHEREAS, this stipulation is without prejudice to Plaintiffs' right to file a motion to strike one or more affirmative defenses asserted in such an Amended Answer pursuant to Fed. R. Civ. P. 12(f);

**NOW THEREFORE, the parties agree and hereby stipulate that:**

(1)  Plaintiffs consent to AviaGames's filing of an Amended Answer to the First Amended Complaint (ECF 89) by no later than January 17, 2023, limited to: (a) the addition of further factual allegations to support one or more of its existing affirmative defenses; and (b) the voluntary removal of affirmative defenses; and

(2)     Should Plaintiffs not file an Amended Answer by January 17, 2023, Plaintiffs' deadline to file a motion to strike AviaGames's Answer to the First Amended Complaint (ECF 91) is extended to January 20, 2023.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: January 10, 2023                     */s/ Todd Anten*
                                            Todd Anten (*pro hac vice*)
                                            toddanten@quinnemanuel.com
                                            **QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP**
                                            51 Madison Avenue, 22nd Floor
                                            New York, NY 10010
                                            Telephone: (212) 849-7000

                                            *Attorneys for Plaintiffs Big Run Studios Inc.
                                              and Skillz Platform Inc.*

Dated: January 10, 2023                     */s/ Wendy C. Wang*
                                            Wendy C. Wang (Bar No. 289325)
                                            wwang@perkinscoie.com
                                            **PERKINS COIE LLP**
                                            3150 Porter Drive
                                            Palo Alto, CA 94304
                                            Telephone: (650) 838-4300

                                            *Attorneys for Defendant AviaGames Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____          _____

                                   HON. EDWARD J. DAVILA

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

I, Todd Anten, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 10, 2023                     /s/ Todd Anten
                                            Todd Anten
                                            *Attorney for Plaintiffs*