UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AVIAGAMES INC.,<br><br>    Defendant. | Case No. 21-cv-04656-EJD   (SVK)<br><br>**ORDER TO SUPPLEMENT JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 103 |

The Court is in receipt of the Parties' latest Joint Discovery Submission (Dkt. 114) set for hearing on April 4, 2023. In re dispute no. 3 ("Similarities Between Accused and Asserted Works Also Present in Third-Party Works ((ROG 16 to Skillz; ROG 15 to Big Run)"), the Parties are to prepare a joint chart setting forth each interrogatory, the responses thereto, and each Party's proposed compromise and file the chart no later than **12 p.m. (noon ) on Friday, March 31, 2023**.

**SO ORDERED.**

Dated: March 29, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge