UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVIAGAMES INC., <br><br> Defendant. | Case No. 21-cv-04656-AMO  (SVK) <br><br> **ORDER FOLLOWING STATUS REPORT** <br><br> Re: Dkt. No. 154 |

The Court is in receipt of the Parties status report regarding outstanding discovery disputes. The Court is pleased that counsel are working together to resolve issues in a constructive fashion. All but a single topic have been closed, and the Parties are in the process of addressing the remaining IM production issues. The Court looks forward to a further report on **July 10, 2023, to be filed by 3 p.m**. If, and only if, all issues are either resolved or an agreement has been reached as to final resolution, the Court will vacate the in-person hearing on July 11, 2023.

**SO ORDERED.**

Dated: July 3, 2023

SUSAN VAN KEULEN
United States Magistrate Judge