UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>AVIAGAMES INC.,<br><br>  Defendant. | Case No. 21-cv-04656-AMO (SVK)<br><br>**ORDER FOLLOWING FURTHER DISCOVERY HEARING** |

The Court held a further discovery hearing on July 11, 2023 concerning the remaining disputes between the Parties. *See* Dkt. 156. The Court ruled on the issues from the bench. As discussed at the hearing, by **July 14, 2023**, counsel for each side must file and serve a declaration confirming that they have conducted a reasonable and diligent investigation to ensure that the search for and production of IMs has complied with the Court's order at Dkt. 134. The declaration of Plaintiffs' counsel must also include confirmation following a reasonable and diligent investigation that the spreadsheets of IMs being produced by Plaintiffs include all information required under the Parties' agreement regarding the format of production of IMs. *See* Dkt. 156 at ¶¶ 4-5.

**SO ORDERED.**

Dated: July 12, 2023

SUSAN VAN KEULEN
United States Magistrate Judge