UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG RUN STUDIOS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVIAGAMES INC.,<br><br>Defendant. | Case No.  21-cv-04656-AMO   (SVK)<br><br>**FURTHER ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOUD BE SEALED**<br><br>Re: Dkt. No. 131 |

On May 19, 2023, Plaintiffs filed an administrative motion to consider whether material included in a joint statement regarding a discovery dispute (Dkt. 129  - the "Joint Statement") and Ex. A to the Joint Statement (Dkt. 129-1 - "Exhibit A") that had been designated as "Highly Confidential – Attorneys' Eyes Only" by Defendant should be sealed.  Dkt. 131 – the "Motion to Seal."  On May 26, 2023, in accordance with Civil Local Rule 79-5(f), Defendant filed a statement regarding the Motion to Seal.  Dkt. 135.  Defendant explained why the designated information in the Joint Statement should be sealed.  *Id.*  Defendant took no position on whether the designated information in Exhibit A should be sealed, explaining that the information in Exhibit A had been obtained from a third party, Pluto Limited ("Pluto").  *Id.*

On June 13, 2023, the Court issued an order on the Motion to Seal that (1) granted the Motion to Seal the designated portions of the Joint Statement, and (2) deferred a ruling on the Motion to Seal the designated portions of Exhibit A.  Dkt. 141.  The Court ordered that by June 16, 2023, Defendant serve a copy of the order on Pluto and file a proof of service with the Court.  *Id.*  The Court further ordered that if whichever entity (Defendant or Pluto) that had designated the material in Exhibit A under the Protective Order sought to seal that information, that entity was required to file a declaration or statement as set forth in Civil Local Rule 79-5(f) by

June 27, 2023. *Id.* The Court stated that "[i]f no such declaration or statement is filed, the Court will deny the motion to seal this material." *Id.*

On June 16, 2023, Defendant filed a proof of service on Pluto as ordered by the Court. Dkt. 142. No declaration or statement in support of sealing the designated material in Exhibit A was filed by the June 27, 2023 deadline or as of the date of this order.

Accordingly, the Motion to Seal the material in Exhibit A as set forth in Dkt. 131 is **DENIED**. Plaintiffs are instructed to file an unredacted version of Exhibit A no later than **August 29, 2023.**

**SO ORDERED.**

Dated: August 22, 2023

SUSAN VAN KEULEN
United States Magistrate Judge